**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DIMA SUKARI,

    Plaintiff,

v.

AKEBONO BRAKE CORPORATION.,

    Defendant.
_____/

Case No. 18-10987

Honorable Nancy G. Edmunds

## JUDGMENT

Pursuant to the Court's Order filed on this date, July 31, 2019, It is **ORDERED** that Defendant's motion for summary judgment is **GRANTED**. Defendant's motion for sanctions is **DISMISSED AS MOOT**.

**DAVID WEAVER**

Dated: July 31, 2019

s/ L. Bartlett
Case Manager

Approved:

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge