## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Dima Sukari

Plaintiff(s),

Case No. 18-cv-10987

v.

Judge Nancy G. Edmunds

Akebono Brake Corporation

Magistrate Judge Mona K. Majzoub

Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that __Dima Sukari_____ appeals to the United States Court of Appeals for the Sixth Circuit from the:  ☑ Judgment   ☐ Order

☐ Other: _____

entered in this action on __7/31/19_____.

Date: January 4, 2016

Signature: Jack W. Schulz

Counsel is: RETAINED

Bar No: P78078
Firm Name (if applicable): Schulz Gotham PLC
Address 1: P.O. Box 44855
Address 2:
City, State  Zip Code: Detroit, MI 48244
Telephone No: 313-246-3590
Primary Email Address: jackwschulz@gmail.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DIMA SUKARI,**

    Plaintiff,

vs.

**AKEBONO BRAKE CORPORATION,**

    Defendant.

Case No. 2:18-cv-10987

Hon. Nancy G. Edmunds

---

| Jack W. Schulz (P78078)<br>Elizabeth A. Gotham (P79058)<br>SCHULZ GOTHAM PLC<br>PO Box 44855<br>Detroit, MI 48244<br>(313) 652-1906<br>egotham@schulzgotham.com<br>jackwschulz@gmail.com<br>*Attorneys for Plaintiff* | AnneMarie Vercruysse Welch (P70035)<br>Robert N. Dare (P79207)<br>CLARK HILL PLC<br>151 S. Old Woodward Ave. Suite 200<br>Birmingham, MI 48009<br>(248) 988-1810<br>awelch@clarkhill.com<br>rdare@clarkhill.com<br>*Attorneys for Defendant* |
|---|---|

---

## PROOF OF SERVICE

I certify that on August 25, 2019, this Notice of Appeal was served upon Defendant's counsel via the courts electronic filing system.

Respectfully submitted,

By: /s/ Jack W. Schulz
SCHULZ GOTHAM, PLC
Jack W. Schulz (P78078)
PO Box 44855
Detroit, MI 48244
(313) 246-3590
jackwschulz@gmail.com